David ATKINS, Plaintiff–Appellant,

v.

MEDICAL DEPARTMENT OF AUGUS-
TA COUNTY JAIL; Lynn Moore,
Doctor; Cathy Riley, Nurse, Defen-
dants–Appellees.

No. 06–7792.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 4, 2007.

David Atkins, Appellant Pro Se.

Before MOTZ, TRAXLER, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Atkins seeks to appeal the district
court's order dismissing without prejudice
his 42 U.S.C. § 1983 (2000) complaint for
failure to state a claim upon which relief
may be granted. We dismiss the appeal
for lack of jurisdiction because the notice
of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-

peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on June 29, 2006. The
notice of appeal was filed on October 15,
2006. Because Atkins failed to file a time-
ly notice of appeal or to obtain an exten-
sion or reopening of the appeal period, we
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*